UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

In re:                                    *

    UPPER CUTS OF MARYLAND, LLC        *        Chapter 11
                                                                          Case No.:
                                                                          *

    Debtor-in-Possession
*   *   *   *   *   *   *   *

## STATEMENT UNDER OATH REGARDING
## TAX RETURNS AND FINANCIAL STATEMENTS

    I, Helen McIntosh, President and Managing Member of Upper Cuts of Maryland, LLC., the above caption Debtor, hereby state under penalty of perjury that the Debtor has not yet prepared and filed a 2016 Tax Return. The Debtor has an extension through October, 2017. The Debtor was not required to file a 2015 Tax Return as it had not yet commenced operations.

    Additionally, the Debtor does not and has prepared or maintained any financial statements, besides the balance sheet, and profit and loss statement, which were previously filed with the Court. The Debtor does not prepare or maintain a statement of operations or cash flow statement.

\s\ Helen McIntosh
Helen McIntosh, President
Upper Cuts of Maryland, LLC

Respectfully submitted,

<u>Richard B. Rosenblatt</u>
Richard B. Rosenblatt, #04678
Linda M. Dorney, #12874
**The Law Offices of Richard B. Rosenblatt, PC**
30 Courthouse Square, Suite 302
Rockville, Maryland 20850
(301) 838-0098
rrosenblatt@rosenblattlaw.com

*Counsel for Upper Cuts of Maryland, LLC*

2