# Balance Sheet

As of December 31, 2017

|  | Total |
|---|---:|
| **ASSETS** |  |
|   **Current Assets** |  |
|     **Bank Accounts** |  |
|       Amex Credit Card | -8,290.00 |
|       Upper Cuts of Maryland (7888) | -2,793.73 |
|     **Total Bank Accounts** | **-11,083.73** |
|     **Other Current Assets** |  |
|       Employee Cash Advances | -200.00 |
|       Lease Deposits | 40,792.50 |
|       Office Development | 100,778.00 |
|       Software | 1,790.00 |
|       Web Development | 3,900.00 |
|     **Total Other Current Assets** | **147,060.50** |
|   **Total Current Assets** | **135,976.77** |
|   **Fixed Assets** |  |
|     Buildings | 550,000.00 |
|     Office Furniture & Equipment | 446,894.59 |
|   **Total Fixed Assets** | **996,894.59** |
| **TOTAL ASSETS** | **$1,132,871.36** |
| **LIABILITIES AND EQUITY** |  |
|   **Liabilities** |  |
|     **Current Liabilities** |  |
|       **Other Current Liabilities** |  |
|         Garnishment | -881.96 |
|         Landlord Advance | 80,000.00 |
|         Loan Account #9200024322 | 1,071,871.39 |
|         Loan Payable | 59,388.93 |
|         Payroll Liabilities | 3,294.97 |
|           DC Income Tax | -30.04 |
|           Federal Taxes (941/944) | -8,216.89 |
|           Federal Unemployment (940) | 23.48 |
|           MD Income Tax | -939.73 |
|           MD Unemployment Tax | 116.80 |
|           VA Income Tax | -45.48 |
|         **Total Payroll Liabilities** | **-5,796.89** |
|         Transfer Between Account | 7,485.22 |
|       **Total Other Current Liabilities** | **1,212,066.69** |
|     **Total Current Liabilities** | **1,212,066.69** |
|   **Total Liabilities** | **1,212,066.69** |
|   **Equity** |  |
|     Opening Balance Equity | 40,253.46 |
|     Owners Equity | 439,469.04 |
|     Retained Earnings | -557,605.69 |