# Profit and Loss

January - December 2017

|  | Total |
|---|---:|
| **INCOME** |  |
| Sales | 100,804.12 |
| **Total Income** | **100,804.12** |
| **GROSS PROFIT** | **100,804.12** |
| **EXPENSES** |  |
| Advertising | 2,128.36 |
| Bank Charges | 4,931.92 |
| Credit Card Processing Fee | 9,219.06 |
| Legal & Professional Fees | 127.00 |
| Meals and Entertainment | 457.88 |
| Office Expenses | 140.45 |
| Office Supplies | 974.23 |
| Payroll Expenses |  |
|    Taxes | 1,202.04 |
|    Wages | 13,878.95 |
| **Total Payroll Expenses** | **15,080.99** |
| Payroll Processing fees | 874.33 |
| Payroll Taxes | 23,893.29 |
| Rent or Lease | 13,192.39 |
| Salary & Wages | 26,391.11 |
| Supplies | 1,063.49 |
| Telephone | 406.43 |
| Travel | 20.00 |
| Utilities | 3,215.33 |
| **Total Expenses** | **102,116.26** |
| **NET OPERATING INCOME** | **-1,312.14** |
| **NET INCOME** | **$ -1,312.14** |