UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

In re:                                          *

    UPPER CUTS OF MARYLAND, LLC      *      Chapter 11
                                             Case No.:
                                      *

    Debtor-in-Possession
*     *     *     *     *     *     *     *

## RULE 2016 STATEMENT OF DEBTOR'S COUNSEL

    Richard B. Rosenblatt and The Law Offices of Richard B. Rosenblatt, PC (the "Law Firm"), counsel for Upper Cuts of Maryland, LLC, the Debtor and Debtor-in-Possession (the "Debtor"), pursuant to Federal Rule of Bankruptcy Procedure 2016, file this Rule 2016 Statement and Disclosure of Compensation and in support thereof states as follows:

    1.    Pursuant to 11 U.S.C. § 329(a) and Federal Rule of Bankruptcy Procedure 2016(b), I certify that I am the attorney, subject to approval from this Court, for the above-captioned Debtor and the compensation paid to me in contemplation of a Chapter 11 filing within one year before the filing of the petition has been fifteen thousand dollars ($15,000.00). Counsel received the following payments from the Debtor: 1) two thousand five hundred dollars ($2,500.00) on August 29, 2017; 2) two thousand five hundred dollars ($2,500.00) on September 27, 2017; and 3) eleven thousand dollars ($10,000.00) on October 11, 2017. On the date of filing, approximately twelve thousand dollars ($12,000.00) remained in escrow. As outlined below, the Debtor will be charged for services on an hourly basis.

    2.    The source of the retainer was the Debtor.

    3.    Any additional compensation is to be paid by the Debtor or its principals, Mark and Helen McIntosh or one of their other companies.

4.       I have not agreed to share the above-disclosed compensation or any additional compensation to be received, after appropriate application to the Court, with any other person unless they are members and associates of my law firm.

5.       By agreement and as disclosed in the application to employ counsel in this case, the Debtor has agreed to compensate counsel on an hourly basis for work performed. The following rates shall apply: three hundred fifty dollars ($350.00) for experienced bankruptcy attorneys, Richard B. Rosenblatt and Linda M. Dorney; two hundred ninety-five dollars ($295.00) an hour for time billed by other firm attorneys; and one hundred twenty-five dollars ($125.00) an hour for paralegal time.

Respectfully submitted,

\s\ Richard B. Rosenblatt
Richard B. Rosenblatt, #04678
Linda M. Dorney,#12784
**The Law Offices of Richard B. Rosenblatt, PC.**
30 Courthouse Square, Suite 302
Rockville, MD 20850
(301) 838-0098
rrosenblatt@rosenblattlaw.com

*Counsel for Upper Cuts of Maryland, LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 12th day of October, 2017, a copy of the foregoing Rule 2016 Statement of Debtor's Counsel was served via ECF on all parties authorized to accept service by ECF or by first class mail postage pre-paid to:

Office of the United States Trustee
6305 Ivy Lane, Suite 600
Greenbelt, Maryland 20850

/s/ Richard B. Rosenblatt
Richard B. Rosenblatt