UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

In re:                                            *

    UPPER CUTS OF MARYLAND, LLC         *        Chapter 11
                                                      Case No.: 17-23641-WIL
                                           *

    Debtor-in-Possession
*  *  *  *  *  *  *  *

**DISCLOSURE OF COMPENSATION**
**PURSUANT TO LOCAL RULE 2015-1**

    Upper Cuts of Maryland, LLC, the Debtor and Debtor-in-possession (the "Debtor"), by and through undersigned counsel and pursuant to Local Bankruptcy Rule 2015-1, files this Disclosure of Compensation and in support thereof states as follows:

    1.    On or about October 12, 2017 (the "Petition Date"), the Debtor filed a voluntary petition under Chapter 11 of the United States Bankruptcy Code (the "Code").

    2.    The following individuals are the officers of the Debtor: 1) Helen McIntosh, who is the managing member, and 2) Mark McIntosh.  Together they own one hundred percent (100%) of the Debtor.

    3.    Both of the owners perform work for the Debtor.  Specifically, Mr. McIntosh handles the books and records of the Debtor.  Ms. McIntosh manages the day-to-day business of the salon, overseeing employees and operations.

    4.    Ms. McIntosh's salary is twenty-five thousand dollars ($25,000.00) a year.  In the ninety (90) days prior to the filing, she did not receive any salary.

    5.    Her current compensation is nine hundred sixty-one dollars and fifty-four cents ($961.54) every two weeks.  She has not taken a salary since the case was filed but anticipates

doing so in January, 2018.

6. At this time, Mr. McIntosh does not receive salary. He did not receive any compensation in the ninety (90) days prior to the filing. Further, he has not received a salary from the Debtor since the debtor commenced operating.

Respectfully submitted,

\s\ Richard B. Rosenblatt
Richard B. Rosenblatt, #04678
Linda M. Dorney, #12874
**The Law Offices of Richard B. Rosenblatt, PC**
30 Courthouse Square, Suite 302
Rockville, Maryland 20850
(301) 838-0098
rrosenblatt@rosenblattlaw.com

*Counsel for Uppercuts of Maryland, LLC*

**Certificate of Service**

       I HEREBY CERTIFY that on the 19th day of December, 2017, a copy of the Rule 2015 Disclosure of Compensation, was served via ECF on all parties authorized to accept service by ECF listed below:

Office of the United States Trustee
6305 Ivy Lane, Suite 600
Greenbelt, Maryland 20850

M. Evan Meyers, Esquire
Meyers, Rodbell & Rosenbaum, P.A.
6801 Kennilworth Avenue, Suite 400
Riverdale, Maryland 20737

Michael J. Lichtenstein, Esqiuire
Shulman, Rogers, Gandal, Pordy & Ecker, P.A.
12505 Park Potomac Avenue, Sixth Floor
Potomac, Maryland 20854

Andrew B. Schulwolf, Esquire
Albert & Schulwolf, LLC
110 North Washington Street, Suite 300
Rockville, Maryland 20850

                                                    Richard B. Rosenblatt
                                                    Richard B. Rosenblatt